Carl D. Crowell, OSB No. 982049
email:  carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email:  drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **DOE-73.25.250.66,** <br><br> Defendant. | Case No.: 3:15-cv-00774 <br><br> PLAINTIFF'S RULE 7.1 DISCLOSURE |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff states they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED: May 5, 2015.

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email:  carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
(503) 581-1240
Of attorneys for plaintiff